IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY DAWSON, | : | |
| Plaintiff, | : | 1:15-cv-1635 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SUPT. GLUNT *et al.*, | : | |
| Defendants. | : | |

## ORDER

### July 13, 2016

NOW THEREFORE, upon consideration of Plaintiff's complaint (Doc. 1) and the Corrections Defendants' motions (Docs. 20, 22) to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for summary judgment pursuant to Federal Rule of Civil Procedure 56, IT IS HEREBY ORDERED THAT:

1. Corrections Defendants' motion (Doc. 22) for summary judgment is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of Defendants Glunt, Williams, Itilia, and Kurtis and against Plaintiff.

2. The Court declines to address Corrections Defendants' motion (Doc. 20) to dismiss. The Clerk of Court is directed to TERMINATE the motion.

3. Plaintiff's complaint against Corzen, is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge
